UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEPHANIE O'DRISCOLL, individually,
and as representative of a Class of
Participants and Beneficiaries, on Behalf
of the Plexus Corp. 401(k) Retirement Plan,

        Plaintiff,

        v.                        Case No. 20-C-1065

PLEXUS CORP., et al.,

        Defendants.

---

## ORDER

---

Plaintiff Stephanie O'Driscoll, a participant in the Plexus Corp. 401(k) Retirement Plan (the Plan), brings this case as a proposed class action under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(a)(2), against Defendants Plexus Corp., the Board of Directors of Plexus Corp., and John Does 1–30. Defendants filed a Rule 12(b)(6) motion to dismiss the amended complaint for failure to state a claim. On September 30, 2021, the Court stayed and administratively closed the case pending the Supreme Court's decision in *Hughes v. Northwestern University*, No. 19-1401 (S. Ct.). The Supreme Court issued a decision in *Hughes* on January 24, 2022. Therefore, the stay is lifted. The parties are invited to submit simultaneous supplemental briefs in light of the Supreme Court's decision within 14 days of the date of this order.

**SO ORDERED** at Green Bay, Wisconsin this 24th day of January, 2022.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge