# United States District Court
EASTERN DISTRICT OF WISCONSIN

STEPHANIE O'DRISCOLL, individually and as representative of a class of participants and beneficiaries on behalf of the Plexus Corp. 401(k) Retirement Plan,

        Plaintiff,

v.

PLEXUS CORP., et al.

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-1065

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and the case is DISMISSED with prejudice

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: August 23, 2022

GINA M. COLLETTI
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk